IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR200 |
| | ) | |
| v. | ) | |
| | ) | |
| LESTER FERRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR221 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT TAYLOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the notices of related case (Filing No. 18 in 8:09CR200; Filing No. 19 in 8:09CR221). The government states the cases arise out of the same incident. Both are assigned to Senior District Court Judge Lyle E. Strom but currently are assigned to different magistrate judges. The Court finds the cases should be designated as related. Accordingly,

IT IS ORDERED that *United States of America v. Robert Taylor* (8:09CR221) is referred to Magistrate Judge F.A. Gossett,

III, for judicial supervision and processing of all pretrial matters in that case.

DATED this 16th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court