```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR200 |
| | ) | |
| v. | ) | |
| | ) | |
| LESTER FERRIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the joint motion to amend the indictment (Filing No. 36). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the indictment is amended instanter by removing the language "intent to distribute" and replacing it with the word "of" to indicate defendant was previously convicted of "possession of methamphetamine."

DATED this 17th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court